# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MOLLY RHOADES, o/b/o Y.L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. CIV-08-423-SPS |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## OPINION AND ORDER AWARDING
## ATTORNEYS' FEES TO THE PLAINTIFF UNDER THE EAJA

The Plaintiff was the prevailing party in this appeal of the Commissioner of the Social Security Administration's decision denying benefits under the Social Security Act. The Plaintiff seeks an award of attorneys' fees in the amount of $6,281.80 and costs in the amount of $350.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner indicates that he has no objection to an award of attorneys' fee in the amount of $6,281.80 and costs in the amount of $350.00 to the Plaintiff, but *does* object insofar as the request that the award be paid to Plaintiff's attorney.

Upon review of the record herein, the Court finds that said amount is reasonable and that the Commissioner should be ordered to pay it to the *Plaintiff* as the prevailing party herein. *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party . . . fees and other expenses . . .

incurred by that party in any civil action [.]"). *See also Astrue v. Ratliff*, __ U.S. __, 130 S. Ct. 2521 (2010); *Manning v. Astrue*, 510 F.3d 1246, 1249-50 (10th Cir. 2007), *cert. denied*, __ U.S. __, 129 S. Ct. 486, 172 L. Ed. 2d 355 (2008).

Accordingly, Plaintiff's Application for an Award of Attorneys' Fees Under the Equal Access to Justice Act and Motion for Award of Court Costs [Docket No. 27] is hereby GRANTED, and the Commissioner is hereby ordered to pay attorneys' fees in the amount of $6,281.80 and costs in the amount of $350.00 to the Plaintiff as the prevailing party herein.

**IT IS SO ORDERED** this 22nd day of April, 2011.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma